IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JANNETTE CASTRO-RAMOS<br><br>Plaintiff<br><br>v.<br><br>TOPERBEE CORPORATION, et al<br><br>Defendants | CV. 15-1462 (CVR) |

## JUDGMENT

The Court, through the Honorable Magistrate Judge Camille L. Velez-Rive, has issued an Opinion and Order on March 13th, 2017 (Dkt. 65) granting defendant's Motion for Summary Judgment (Dkt. 30) and denying plaintiff's Request for Partial Summary Judgment (Dkt. 41). In light thereof, dismissing with prejudice all of plaintiff's claims.

WHEREFORE, it is

**ORDERED AND ADJUDGED** that all of plaintiff's claims against defendants are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 20th day of March 2017.

                                                          FRANCES RIOS DE MORAN
                                                          CLERK OF COURT

                                                          S/ Yelitza Rivera-Buonomo
                                                              Deputy Clerk